<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br><strong>Western District of Texas</strong></td></tr>
<tr><td>Case number <em>(if known)</em>:</td><td>Chapter <u>11</u></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **BLABLMBTQ, LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | **Bella and Bloom Boutique**<br>**Bella and Bloom Boutique, LLC** |
| **3. Debtor's federal Employer Identification Number (EIN)** | **8 3 – 3 1 4 8 7 4 9** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **104 Long Wood Cv**<br>Number        Street<br>**Lakeway, TX 78734-4643**<br>City                          State     ZIP Code<br><br>**Travis**<br>County | <br>Number        Street<br><br>City                          State     ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number        Street<br><br>City                          State     ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **BLABLMBTQ, LLC** _____     Case number *(if known)* _____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

    4   5   4   1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____   When _____ Case number _____
                                   MM / DD / YYYY

             District _____   When _____ Case number _____
                                   MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____   Relationship _____

             District _____   When _____
                                        MM / DD / YYYY

             Case number, if known _____

Debtor   **BLABLMBTQ, LLC**
_____       Case number *(if known)* _____
Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br>_____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>      Number        Street<br>_____<br>_____<br>      City                                                     State     ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.     Insurance agency  _____<br>            Contact name  _____<br>            Phone  _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99     ☐ 1,000-5,000 ☐ 5,001-10,000     ☐ 25,001-50,000 ☐ 50,000-100,000<br>☐ 100-199 ☐ 200-999     ☐ 10,001-25,000     ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000           ☑ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000      ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000     ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million   ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor    **BLABLMBTQ, LLC**
_____         Case number *(if known)* _____
Name

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **04/18/2025**
_____
MM/  DD/  YYYY

**X   /s/ Katlyn Maupin**
_____                    **Katlyn Maupin**
Signature of authorized representative of debtor              _____
Printed name

Title    **Owner / Managing Member**
_____

**18. Signature of attorney**

**X           /s/ Stephen W Sather**
_____         Date  **04/18/2025**
Signature of attorney for debtor                        _____
                                                         MM/  DD/  YYYY

**Stephen W Sather**
_____
Printed name

**Barron & Newburger, P.C.**
_____
Firm name

**7320 N. MoPac Expressway 400**
_____
Number        Street

**Austin**                        **TX**        **78731**
_____         _____        _____
City                              State        ZIP Code

**(512) 649-3243**                **ssather@bn-lawyers.com**
_____         _____
Contact phone                     Email address

**17657520**                      **TX**
_____         _____
Bar number                        State

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **BLABLMBTQ, LLC**                                        CASE NO

                                                                CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date ___**04/18/2025**___          Signature _____**/s/ Katlyn Maupin**_____

                                        Katlyn Maupin, Owner / Managing Member

Acacia Realty, LLC
Po Box 530126
Harlingen, TX 78553-0126

Balance Payments, Inc
900 Broadway Ste 706
New York, NY 10003-1230

Direct Merchants Funding,
LLC
4000 Hollywood Blvd Ste 360n
Hollywood, FL 33021-1240

EN OD Capital
1202 Avenue U Ste 1115 Pmb 1115
Brooklyn, NY 11229-4107

EQT Real Estate
100 W Matsonford Rd
Radnor, PA 19087-4558

Internal Revenue Service
Centralized Insolvency Office
Po Box 7346
Philadelphia, PA 19101-7346

Katelyn Hollister
11206 34th Ave N
Texas City, TX 77591-1523

Katlyn Maupin
104 Long Wood Cv
Lakeway, TX 78734-4643

Matt Maupin
20545 Highland Lake Dr
Lago Vista, TX 78645-6634


Meta Platforms, Inc
1 Meta Way
Menlo Park, CA 94025-1444


Novus Capital Funding II, LLC
970 Lake Carillon Dr Ste 302
St Petersburg, FL 33716-1130


Olympus Business Capital,
LLC
600 Old Country Rd
Garden City, NY 11530-2045


Paypal Holdings, Inc
2211 N 1st St
San Jose, CA 95131-2021


Shopify Inc
151 O'Connor St, Ground Floor
Ottawa, ON, K2P 2L8, Canada
.


Texas Comptroller of Public
Accounts
Revenue Accounting Division
Po Box 13528
Austin, TX 78711-3528


United States Attorney
General
Department of Justice
950 Pennsylvania Ave Nw
Washington, DC 20530-0009

United States Attorney
601 Nw Loop 410 Ste 600
San Antonio, TX 78216-5512

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>**BLABLMBTQ, LLC**</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>**Western District of Texas**</td></tr>
<tr><td colspan="2">Case number (if known):</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Shopify Inc<br>151 O'Connor St, Ground Floor<br>Ottawa, ON, K2P 2L8, Canada<br>.<br>, | | | | | | $326,036.96 |
| 2 | Internal Revenue Service<br>Centralized Insolvency Office<br>Po Box 7346<br>Philadelphia, PA 19101-7346 | | | | | | $281,368.88 |
| 3 | Meta Platforms, Inc<br>1 Meta Way<br>Menlo Park, CA 94025-1444 | | Facebook Ads | | | | $250,016.06 |
| 4 | Internal Revenue Service<br>Centralized Insolvency Office<br>Po Box 7346<br>Philadelphia, PA 19101-7346 | | | | | | $217,204.05 |
| 5 | EQT Real Estate<br>100 W Matsonford Rd<br>Radnor, PA 19087-4558 | | Unpaid Rent | | | | $202,663.07 |
| 6 | Novus Capital Funding II, LLC<br>970 Lake Carillon Dr Ste 302<br>St Petersburg, FL 33716-1130 | | MCA Loan | | | | $179,880.00 |
| 7 | Direct Merchants Funding, LLC<br>4000 Hollywood Blvd Ste 360n<br>Hollywood, FL 33021-1240 | | MCA Loan | | | | $60,750.00 |
| 8 | Balance Payments, Inc<br>900 Broadway Ste 706<br>New York, NY 10003-1230 | | | | | | $52,830.20 |

Debtor    **BLABLMBTQ, LLC**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  EN OD Capital 1202 Avenue U Ste 1115 Pmb 1115 Brooklyn, NY 11229-4107 | | MCA Loan | | | | $52,465.00 |
| 10  Olympus Business Capital, LLC 600 Old Country Rd Garden City, NY 11530-2045 | | MCA Loan | | | | $51,100.00 |
| 11  Paypal Holdings, Inc 2211 N 1st St San Jose, CA 95131-2021 | | PayPal | | | | $37,771.61 |
| 12  Katelyn Hollister 11206 34th Ave N Texas City, TX 77591-1523 | | | | | | $10,000.00 |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:                                                    CHAPTER  **11**

**BLABLMBTQ, LLC**


DEBTOR(S)                                                 CASE NO


### LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Katlyn Maupin** 104 LONG WOOD CV LAKEWAY, TX 78734-4643 USA | Owner/Managing Member | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the _____**Owner / Managing Member**_____ of the _____**Nonpublic Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date: **04/18/2025**_____          Signature: **/s/ Katlyn Maupin**_____
                                                            *Katlyn Maupin, Owner / Managing Member*